IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| CORIE LANE BAER | : | VIOLATIONS: |
| | : | 21 U.S.C. § 841(a)(1), (b)(1)(C) (distribution of cocaine – 2 counts) |
| | : | 21 U.S.C. § 841(a)(1), (b)(1)(B) (distribution of 50+ grams of methamphetamine – 2 counts) |
| | : | 21 U.S.C. § 841(a)(1), (b)(1)(C) (distribution of methamphetamine – 1 count) |
| | : | 21 U.S.C. § 841(a)(1), (b)(1)(B),(C) (possession with the intent to distribute 40+ grams of fentanyl, 50+ grams of methamphetamine and cocaine – 1 count) |
| | : | 21 U.S.C. § 841(a)(1), (b)(1)(C) (possession with the intent to distribute fentanyl and cocaine – 1 count) |
| | : | 18 U.S.C. § 924(c) (possession of a firearm in furtherance of a drug trafficking crime – 1 count) |
| | : | 18 U.S.C. § 922(g) (felon in possession of a firearm – 1 count) |
| | : | Notices of forfeiture |

**INDICTMENT**

1

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about July, 20, 2022, in Northampton County, in the Eastern District of Pennsylvania, defendant

**CORIE LANE BAER**

knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 6, 2022, in Northampton County, in the Eastern District of Pennsylvania, defendant

**CORIE LANE BAER**

knowingly and intentionally distributed 50 grams or more, that is, approximately 62.33 grams, of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about October 11, 2022 in Northampton County, in the Eastern District of Pennsylvania, defendant

**CORIE LANE BAER**

knowingly and intentionally distributed 50 grams or more, that is, approximately 58.10 grams, of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about November 18, 2022, in Northampton County, in the Eastern District of Pennsylvania, defendant

**CORIE LANE BAER**

knowingly and intentionally possessed with the intent to distribute a mixture and substance containing a detectable amount of fentanyl and a mixture and substance containing a detectable amount of cocaine, both Schedule II controlled substances.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about January 31, 2023, in Northampton County, in the Eastern District of Pennsylvania, defendant

**CORIE LANE BAER**

knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

## COUNT SIX

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August February 4, 2023, in Northampton County, in the Eastern District of Pennsylvania, defendant

**CORIE LANE BAER**

knowingly and intentionally distributed a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

## COUNT SEVEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about February 7, 2023, in Northampton County, in the Eastern District of Pennsylvania, defendant

**CORIE LANE BAER**

knowingly and intentionally possessed with the intent to distribute 40 grams or more, that is, approximately 47 grams, of a a mixture and substance containing a detectable amount of fentanyl; 50 grams or more, that is, approximately 58 grams, of a mixture and substance containing a detectable amount of methamphetamine; and a mixture and substance containing a detectable amount of cocaine, all Schedule II controlled substances.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B), (b)(1)(C).

## COUNT EIGHT

**THE GRAND JURY FURTHER CHARGES THAT:**

      On or about February 7, 2023, in Northampton County, in the Eastern District of Pennsylvania, defendant

**CORIE LANE BAER**

knowingly possessed a firearm, that is, at least one of the following:

  (1)  a Taurus, Model PT111G2C G2C, 9mm semiautomatic pistol bearing, serial number TMU93677 loaded with a total of 10-rounds of ammunition consisting of: two-rounds of Ammo Inc. 9mm hollow-point ammunition, four-rounds of FC Luger 9mm FMJ ammunition, and four-rounds of WMA 22 9mm FMJ ammunition; and

  (2)  a Taurus, Model PT111G2A G2C, 9mm semiautomatic pistol, bearing serial number ABD503402, with four rounds of Ammo Inc. 9mm hollow-point ammunition in a separate magazine,

in furtherance of drug trafficking crime for which he may be prosecuted in a court of the United States, that is possession with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count Seven of this Indictment.

      In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT NINE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about February 7, 2023, in Northampton County, in the Eastern District of Pennsylvania, defendant

**CORIE LANE BAER,**

knowing he had previously been convicted in a court of the State of New Jersey of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, at least one of the following:

(1) a Taurus, Model PT111G2 G2C, 9mm semiautomatic pistol, bearing serial bearing TMU93677 loaded with a total of 10-rounds of ammunition consisting of: two-rounds of Ammo Inc. 9mm hollow-point ammunition, four-rounds of FC Luger 9mm FMJ ammunition, and four-rounds of WMA 22 9mm FMJ ammunition; and

(2) a Taurus, Model PT111G2A G2C, 9mm semiautomatic pistol, bearing serial number ABD503402, with four rounds of Ammo Inc. 9mm hollow-point ammunition in a separate magazine,

and the firearms were in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE NO. 1

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violations of Title 21, United States Code, Section 841(a)(1), (b)(1)(B) and (B)(1)(C), set forth in this indictment, defendant

**CORIE LANE BAER**

shall forfeit to the United States of America:

(a) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations, including, but not limited to:

(1) a Taurus, Model PT111G2 G2C, 9mm semiautomatic pistol, bearing serial number TMU93677;

(2) a Taurus, Model PT111G2A G2C, 9mm semiautomatic pistol, bearing serial number ABD503402;

(3) four rounds of WMA 22 9mm FMJ ammunition;

(4) eight rounds of Ammo Inc. 9mm hollow-point ammunition;

(5) 41 rounds of FC Luger 9mm FMJ ammunition; and

(b) any property constituting, or derived from, proceeds obtained, directly or indirectly, from the commission of such violations.

If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

      (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

    All pursuant to Title 21, United States Code, Section 853.

## NOTICE OF FORFEITURE NO. 2

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violations of Title 18, United States Code, Section 922(g)(1) and 924(c)(1)(A) set forth in this indictment, defendant

**CORIE LANE BAER**

shall forfeit to the United States of America all firearms and ammunition involved in or used in any knowing violation of the said offenses, including, but not limited to:

(1) a Taurus, Model PT111G2 G2C, 9mm semiautomatic pistol, bearing serial number TMU93677;

(2) a Taurus, Model PT111G2A G2C, 9mm semiautomatic pistol, bearing serial number ABD503402;

(3) four rounds of WMA 22 9mm FMJ ammunition;

(4) eight rounds of Ammo Inc. 9mm hollow-point ammunition; and

(5) 41 rounds of FC Luger 9mm FMJ ammunition.

If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

A TRUE BILL:

**GRAND JURY FOREPERSON**

_(signature)_ /FOR

_____
**JACQUELINE C. ROMERO**
**UNITED STATES ATTORNEY**

No. 23-___

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

CORIE LANE BAER

INDICTMENT

Counts

21 U.S.C. § 841(a)(1), (b)(1)(C) (distribution of cocaine – 2 counts)
21 U.S.C. § 841(a)(1), (b)(1)(B) (distribution of 50+ grams of methamphetamine – 2 counts)
21 U.S.C. § 841(a)(1), (b)(1)(C) (distribution of methamphetamine – 1 count)
21 U.S.C. § 841(a)(1), (b)(1)(B),(C) (possession with the intent to distribute 40+ grams of fentanyl, 50+ grams of methamphetamine and cocaine– 1 count)
21 U.S.C. § 841(a)(1), (b)(1)(C) (possession with the intent to distribute fentanyl and cocaine– 1 count)
18 U.S.C. § 924(c) (possession of a firearm in furtherance of a drug trafficking crime – 1 count)

18 U.S.C. § 922(g) (felon in possession of a firearm – 1 count)
Notices of forfeiture

Filed in open court this _____ day,
Of _____ A D 20___

_____
Foreperson

Bail, $ _____